**E-Filed 4/19/2011**

1  JEFFREY A. ROSENFELD (SBN 136896)
   jeffrey.rosenfeld@dlapiper.com
2  MATTHEW D. CAPLAN (SBN 260388)
   matthew.caplan@dlapiper.com
3  MONICA N. DOURNAEE (SBN 268109)
   monica.dournaee@dlapiper.com
4  **DLA PIPER LLP (US)**
   1999 Avenue of the Stars, Suite 400
5  Los Angeles, CA 90067-6023
   Telephone: 310.595.3000
6  Facsimile: 310.595.3300

7  Attorneys for Defendant
   PORSCHE CARS NORTH AMERICA, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| DAVID GRAAS, an individual; SEAN KRIDER, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. CV 11-00514 JF<br><br>[Hon. Jeremy Fogel, Ctrm. 3]<br><br>[~~PROPOSED~~] **ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE**<br><br>Complaint Filed:   February 2, 2011<br>Discovery Cut-Off: Not Set<br>Trial Date:        Not Set |

DLA PIPER LLP (US)
LOS ANGELES

[PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE

EAST\44515435.1

1   The Court has read and considered the parties' stipulation regarding the
2   scheduling of the Case Management Conference in this matter.  For good cause
3   appearing therefore, the Court reschedules the Case Management Conference
4   currently scheduled on May 6, 2011 at 10:30 a.m. for May 13, 2011 at 9:00 a.m.
5   IT IS SO ORDERED.
6   Dated:  April  19, 2011

_____
The Honorable Jeremy Fogel
Judge of the U.S. District Court

DLA Piper LLP (US)
Los Angeles

[PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE

EAST\44515435.1